**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-21012

_____

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PENNSYLVANIA,

Plaintiff-Appellee,

VERSUS

MARIO TURTUR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-94-MC-278)
_____

NOvember 13, 1998

Before KING, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]


We have reviewed the briefs and have heard oral argument from counsel and have examined pertinent portions of the record. Much of defendant Turtur's defense is actually an attempt to challenge the turnover order collaterally; this is improper. We see no error in the order of November 25, 1997, which, in part, finds Turtur in civil contempt and directs him to pay certain sums and produce

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

statements of account, or be incarcerated for failure to comply, or in the order of December 18, 1997, which, in part, orders Turtur to pay certain sums or be remanded to custody.

This court is of the opinion that it is time for this seemingly endless litigation to be brought to conclusion, in light of the lack of merit in any of Turtur's arguments.  AFFIRMED.

2